1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.00cr0516-BTM |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL OF INDICTMENT; WITHDRAWAL OF ARREST WARRANT; |
| CARLOS FRANCISCO IBARRA-VILLA, ) | AND JUDGMENT |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant CARLOS FRANCISCO IBARRA-VILLA, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for CARLOS FRANCISCO IBARRA-VILLA, be recalled.

DATED: February 29, 2012

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court